IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

| | |
|---|---|
| ELIZABETH KEY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 19-cv-02922-TDC<br>) |
| DAVID T. ALLEN, | )<br>)<br>) |
| Defendant. | )<br>) |

## RULE 12(b) MOTION TO DISMISS THE
## DEFAMATION COMPLAINT OF PLAINTIFF ELIZABETH A. KEY

Defendant, David T. Allen, M.D. ("Dr. Allen"), by and through his counsel Booth M. Ripke of Nathans & Biddle, LLP, files this memorandum in support of his F. R. Civ. Pro. Rule 12(b) motion to dismiss the defamation complaint ("Complaint") of Plaintiff, Elizabeth Allen Key ("Ms. Key"), on the grounds of lack of personal jurisdiction (Rule 12(b)(2)) and failure to state a claim (Rule 12(b)(6)).

In support of this Motion, Dr. Allen submits the following attached Memorandum of Law and hereby incorporates all arguments from that Memorandum here.

For the reasons stated in this Motion and in the attached Memorandum, Dr. Allen respectfully requests that this honorable Court:

1. Dismiss Ms. Key's Defamation Complaint due to a lack of personal jurisdiction over Dr. Allen, pursuant to Rule 12(b)(2);

2.	Dismiss Ms. Key's Defamation Compliant due to a failure to state a proper claim of defamation pursuant to Rule 12(b)(6);

3.	Grant this Motion; and

4.	Grant other relief as the Court deems necessary and just.

Respectfully submitted,

_____
Booth M. Ripke
Bar # 25764
Nathans & Biddle, LLP
120 East Baltimore Street, Suite 1800
Baltimore, Maryland 21202
(410) 783-0272
(410) 783-0518 (fax)
Bripke@nathanslaw.com

Dated: November 18, 2019

## CERTIFICATE OF SERVICE

It is this 18th day of November, 2019, hereby certified that a copy of the attached Motion was delivered by U.S. Mail to the following:

Richard Evans
2200 Research Blvd., Suite 500
Rockville, Maryland 20850
Attorney for Elizabeth Key

_____
Booth M. Ripke